# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
May 2, 2012

Lyle W. Cayce
Clerk

No. 11-30796

SYNCHROPILE INCORPORATED,

Plaintiff–Appellant,

v.

TRAYLOR BROTHERS INCORPORATED; MASSMAN CONSTRUCTION COMPANY; KIEWIT LOUISIANA COMPANY, MASSMAN CONSTRUCTION COMPANY, AND TRAYLOR BROTHERS, INCORPORATED, A JOINT VENTURE; KIEWIT LOUISIANA COMPANY,

Defendants–Appellees.

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:10-CV-1896

Before KING, BARKSDALE, and OWEN, Circuit Judges.

PER CURIAM:[*]

AFFIRMED. *See* 5TH CIR. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.